UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FRANK MICHOLLE, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:17-cv-00210-VSB **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF APPEARANCE |
| OPHTHOTECH CORPORATION, DAVID R. GUYER, MICHAEL G. ATIEH, GLENN P. SBLENDORIO and SAMIR PATEL, | |
| Defendants. | |

TO: The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Lead Plaintiff Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada, in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

I certify that I am admitted to practice in this Court.

DATED: March 22, 2018
ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: eboardman@rgrdlaw.com

Lead Counsel for Plaintiff