**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

March 26, 2018

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: <u>*Micholle v. Ophthotech Corporation, et al.*, No. 1:17-cv-00210 (VSB)</u>

Dear Judge Broderick:

  We represent Lead Plaintiff Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada (the "Pension Plan") in the above-captioned consolidated action. By order dated March 13, 2018, the Court entered an Opinion and Order (the "Opinion & Order") appointing the Pension Plan as Lead Plaintiff, directing Lead Plaintiff to file an amended consolidated complaint no later than thirty (30) days after the date of issuance of the Opinion & Order, and directing Defendants to answer or otherwise respond to the amended consolidated complaint no later than thirty (30) days after Lead Plaintiff serves the amended consolidated complaint.

  Due to the intervening holidays and other scheduling conflicts, Lead Plaintiff respectfully requests a thirty (30) day extension of time to file the amended consolidated complaint, and Defendants request a fifteen (15) day extension (for a total of forty-five (45) days thereafter) to answer, move to dismiss, or otherwise respond to the amended consolidated complaint. The parties also request that, if Defendants file a motion to dismiss, Lead Plaintiff have forty-five (45) days thereafter to file an opposition and Defendants have thirty (30) days from the filing of Lead Plaintiff's opposition to file a reply.

  These are the parties' first requests for extension of these deadlines and are consented to by the parties. We thank the Court for its consideration of this request.

          Respectfully submitted,

          David A. Rosenfeld

DAR:paf

cc: Counsel of record