UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
FRANK MICHOLLE, Individually and on : Civil Action No. 1:17-cv-00210-VSB
Behalf of All Others Similarly Situated, : **(Consolidated)**
:
Plaintiff, : <u>CLASS ACTION</u>
:
vs. :
:
OPHTHOTECH CORPORATION, DAVID R. :
GUYER and SAMIR PATEL, :
:
Defendants. :
:
———————————————————————— x

**DECLARATION OF ERIN W. BOARDMAN IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Erin W. Boardman, declare under penalty of perjury as follows:

1. I am a partner at the law firm Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff Sheet Metal Workers' Pension Plan of Southern California, Arizona, and Nevada ("Lead Plaintiff") in the above-captioned action, and am admitted to practice before this Court. I respectfully submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of the Report on Market Efficiency by Professor Steven P. Feinstein, Ph.D., CFA, dated June 12, 2020.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Vernon Shaffer, Executive Director of Sheet Metal Workers' Pension Plan of Southern California, Arizona, and Nevada, in Support of Lead Plaintiff's Motion for Class Certification, dated June 8, 2020.

4. Attached hereto as Exhibit C is a true and correct copy of the Firm Resumé of Robbins Geller Rudman & Dowd LLP.

    I declare under the penalties of perjury that the foregoing is true and accurate. Dated this 12th day of June 2020 in Melville, New York.

DATED: June 12, 2020                    */s/ Erin W. Boardman*
                                                                            ERIN W. BOARDMAN

## CERTIFICATE OF SERVICE

I, Erin W. Boardman, hereby certify that on June 12, 2020, I authorized a true and correct copy of the foregoing Declaration of Erin W. Boardman in Support of Plaintiff's Motion for Class Certification to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN