UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
FRANK MICHOLLE, Individually and on :   Civil Action No. 1:17-cv-00210-VSB-GWG
Behalf of All Others Similarly Situated, :   **(Consolidated)**
                       :
             Plaintiff, :   <u>CLASS ACTION</u>
                       :
    vs. :
                       :
OPHTHOTECH CORPORATION, DAVID R. :
GUYER and SAMIR PATEL, :
                       :
          Defendants. :
                       :
———————————————————— x


LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO LEAD PLAINTIFF
PURSUANT TO 15 U.S.C. §78u-4(a)(4)


TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

     PLEASE TAKE NOTICE that Lead Counsel will move this Court on September 8, 2022, at

2:00 p.m., before the Honorable Vernon S. Broderick at the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York 10007, or as soon thereafter as the parties can

be heard, for an entry of order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i)

awarding attorneys' fees; (ii) paying litigation expenses incurred in prosecuting the Action; and (iii)

granting an award to Lead Plaintiff.[1]

     This motion is based on: (i) the Memorandum of Law in Support of Lead Counsel's Motion

for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C.

---

[1]    Unless stated otherwise, all capitalized terms used herein have the meanings set forth and defined in the Stipulation of Settlement.

§78u-4(a)(4); (ii) the Declaration of Erin W. Boardman in Support of: (1) Lead Plaintiff's Motion for

Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Lead

Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff

Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Lead Plaintiff; (iv) the Declaration of

Ross D. Murray; (v) the Declaration of Lead Counsel; (vi) the Stipulation of Settlement; and (vii) all

other proceedings herein.

A proposed order will be submitted with Lead Plaintiff's reply submission on or before

September 1, 2022.

DATED:  August 4, 2022                           Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID A. ROSENFELD
ERIN W. BOARDMAN
CHRISTOPHER T. GILROY
PHILIP T. MERENDA


                                              s/ Erin W. Boardman
                                           ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
cgilroy@rgrdlaw.com
pmerenda@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
DARRYL J. ALVARADO
ASHLEY M. PRICE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
dalvarado@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Erin W. Boardman, hereby certify that on August 4, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*s/ Erin W. Boardman*
ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
eboardman@rgrdlaw.com
